(September 23, 2014)

■ In the Matter of TRANSPARENT VALUE, LLC, Appellant, v WADE EMORY JOHNSON, Respondent. [993 NYS2d 522]—An appeal having been taken to this Court by the above-named appellant from an order of the Supreme Court, New York County (Ira Gammerman, J.H.O.), entered on or about December 2, 2013, and said appeal having been argued by counsel for the respective parties; and due deliberation having been had thereon, and upon the stipulation of the parties hereto dated August 15, 2014, it is unanimously ordered that said appeal be and the same is hereby withdrawn in accordance with the terms of the aforesaid stipulation. Concur—Gonzalez, P.J., Acosta, DeGrasse, Freedman and Richter, JJ.